IN THE CIRCUIT COURT, IN
THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION
CASE NO:

STATE FARM FLORIDA INSURANCE COMPANY a/s/o HITEN PATEL
Plaintiff(s).

-vs-

AMAZON.COM, INC.
Defendant(s).

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, STATE FARM FLORIDA INSURANCE COMPANY, as subrogee of Hiten Patel, sues Defendant AMAZON.COM, INC., and alleges:

### PARTIES

1. Plaintiff, STATE FARM FLORIDA INSURANCE COMPANY ("State Farm"), is an insurance company authorized to transact business in the State of Florida.

2. At all relevant times, State Farm insured property owned by Hiten Patel located in Hillsborough County, Florida.

3. Defendant, AMAZON.COM, INC. ("Amazon"), is a foreign corporation doing business throughout the State of Florida, including Hillsborough County.

4. Amazon operates a large online marketplace through which products are marketed, distributed, and sold to consumers within Florida and throughout the United States.

### JURISDICTION AND VENUE

5. This is an action for damages equal to $642,594.08, exclusive of interest, costs, and attorneys' fees.

6. Jurisdiction is proper pursuant to §26.012, Florida Statutes.

7. Venue is proper in Hillsborough County, Florida.

### GENERAL ALLEGATIONS

8. On or about March 20, 2022, a fire occurred at the residence of Hiten Patel in Hillsborough County, Florida.

9. The fire originated from a dehumidifier purchased through Amazon's online marketplace.

10. The dehumidifier was marketed and offered for sale through Amazon's online platform by a third-party seller.

11. Amazon exercised substantial control over the sale and distribution of products offered through its marketplace.

12. Amazon derived financial benefit from the sale of the subject product.

13. Amazon was an integral participant in the distribution chain of the product sold to Plaintiff's insured.

14. Upon information and belief, Amazon stored, packaged, and/or shipped the subject product through its fulfillment network.

15. Through these activities, Amazon actively participated in placing the product into the stream of commerce.

16. Amazon's role in the distribution of products sold through its online marketplace has been recognized by federal regulators, including the United States Consumer Product Safety Commission, which has determined that Amazon acts as a "distributor" of products sold through its platform for purposes of consumer product safety enforcement. Consistent with that determination, Amazon exercises substantial control over product listings, seller participation, and product removal decisions, and therefore functions as an integral participant in the distribution chain of products sold through its marketplace.

17. The dehumidifier was defective and unreasonably dangerous when placed into the stream of commerce.

18. The defect caused the product to overheat and ignite, resulting in the fire.

19. The fire caused substantial damage to the insured property.

20. State Farm paid benefits under its insurance policy.

21. State Farm is subrogated to the rights of its insured.

22. State Farm sustained damages in the amount of $642,594.08.

## COUNT I – NEGLIGENCE

23. Plaintiff realleges paragraphs 1–21.

24. Amazon owed a duty to consumers to exercise reasonable care in the marketing, distribution, and sale of products.

25. Amazon breached its duties by allowing a defective and dangerous product to be sold.

26. As a direct and proximate result, the dehumidifier malfunctioned and caused the fire.

WHEREFORE, Plaintiff demands judgment in the amount of $642,594.08, plus interest, costs, and further relief.

## COUNT II – STRICT PRODUCTS LIABILITY

27. Plaintiff realleges paragraphs 1–21.

28. Amazon participated in the chain of distribution of the subject product.

29. The product was defective and unreasonably dangerous.

30. The defect caused the fire.

WHEREFORE, Plaintiff demands judgment in the amount of $642,594.08, plus interest, costs, and further relief.

## COUNT III – NEGLIGENT UNDERTAKING

31. Plaintiff realleges paragraphs 1–21.

32. Amazon undertook responsibilities to regulate marketplace sellers and listings.

33. Amazon negligently allowed the defective product to remain available.

34. The defective product caused the fire and damages.

WHEREFORE, Plaintiff demands judgment in the amount of $642,594.08, plus interest, costs, and further relief.

## COUNT IV – NEGLIGENT FAILURE TO WARN/REMOVE DANGEROUS PRODUCT

35. Plaintiff realleges paragraphs 1–21.

36. Amazon knew or should have known the product posed a fire risk.

37. Amazon failed to remove the product or warn consumers.

38. The product caused the fire and damages.

WHEREFORE, Plaintiff demands judgment in the amount of $642,594.08, plus interest, costs, and further relief.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury.

LOTANE & ASSOCIATES, P.A.
Attorneys At Law

*/s  Troy R. Lotane*
☐ **TROY R. LOTANE**
Florida Bar No: 163015
☐ **JOHN WILHELM**
Florida Bar No: 17157
☐ **CHARLES SPITERI**
Florida Bar No: 1048803
☐ **BRANDON JOHNSON**
Florida Bar No: 1045139
☐ **LANDON MORLEY**
Florida Bar No: 1059378
**Rule 2.515 Designated Service Email:
Service@Lotane.com**
1980 Michigan Avenue
Cocoa, Florida 32922
(321) 636-4861 / (800) 807-3334
Attorneys for Plaintiff(s)